UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

  v.

THOMAS WONG; NANCY WONG; HE, INC. a California Corporation; and Does 1-10,

    Defendants.

Case No.:   2:14-CV-01013-MCE-CKD

**ORDER**

Pursuant to the representations of the parties' (ECF No. 17), the Court determined this case is settled. Accordingly, all currently set dates are vacated. In accordance with Local Rule 160, dispositional documents are to be filed on or before May 29, 2016. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

**Dated: March 29, 2016**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT