# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS WONG;<br>NANCY WONG;<br>HE, INC., a California Corporation;<br>and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-01013-MCE-CKD<br><br>**ORDER** |

Pursuant to the parties' stipulation (ECF No. 19) and F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE